```
                              United States Bankruptcy Court
                                     District of Nevada
In re:                                                              Case No. 18-12752-leb
TUNISHA L ROSE                                                      Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0978-2           User: garrettme               Page 1 of 2               Date Rcvd: May 11, 2018
                               Form ID: 309A                 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             +TUNISHA L ROSE,    221 FREDERICK AVE.,    LAS VEGAS, NV 89106-2622
10438792       +BYL SERVICES,    BANKRUPTCY NOTICE,    RE SOUTHWEST GAS,    301 LACEY ST,
                 WEST CHESTER, PA 19382-3727
10438795       +CHECK CITY,    BANKRUPTCY NOTICE,    RE INFINITY AUTO INS,    PO BOX 9134,
                 NEEDHAM, MA 02494-9134
10438796       +CLARK COUNTY COLLECTION,    BANKRUPTCY NOTICE,    RE NV ENERGY,    8860 W SUNSET,
                 LAS VEGAS, NV 89148-4898
10438799       +CREDIT CONTROL,    BANKRUPTCY NOTICE,    RE COX COMMUNICATIONS,    11821 ROCK LANDING,
                 NEWPORT NEWS, VA 23606-4207
10438786       +DEPT OF ETR,    EMPLOYMENT SECURITY DIVISION,    BANKRUPTCY NOTICE,    500 EAST THIRD ST,
                 CARSON CITY, NV 89713-0001
10438803       +HLS NEVADA,    BANKRUPTCY NOTICE,    6767 W TROPICANA,    LAS VEGAS, NV 89103-4755
10438785       +NEVADA DEPT (DMV),    ATTN LEGAL DIVISION,    555 WRIGHT WAY,    CARSON CITY, NV 89711-0001
10438807       +PROGRESSIVE LEASING,    BANKRUPTCY NOTICE,    PO BOX 413110,    SALT LAKE CITY, UT 84141-3110
10438808       +PROGRESSIVE MANAGEMENT,    BANKRUPTCY NOTICE,    RE UNIV MED CTR,    1521 W CAMERON,
                 WEST COVINA, CA 91790-2738
10438809        RAPID CASH,    BANKRUPTCY NOTICE,    1611 N RIDGE RD,    WICHITA, KS 67205
10438811       +SOUTHWEST GAS,    BANKRUPTCY NOTICE,    PO BOX 1498,    VICTORVILLE, CA 92393-1498
10438812       +SSS FED CU,    BANKRUPTCY NOTICE,    4231 S MCLEOD AVE,    LAS VEGAS, NV 89121
10438789       +TUNISHA ROSE,    BANKRUPTCY NOTICE,    221 FREDERICK AVE,    LAS VEGAS, NV 89106-2622
10438814        WESTERN FUND,    BANKRUPTCY NOTICE,    PO BOX 94058,    LAS VEGAS, NV 89193
10438815       +WHY NOT LEASE,    BANKRUPTCY NOTICE,    1750 ELM ST 1200,    NEW MEXICO 03104-2907
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BBDSHAPIRO.COM May 12 2018 05:53:00      BRIAN D. SHAPIRO,    510 S. 8TH STREET,
                 LAS VEGAS, NV 89101-7003
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 12 2018 02:02:57     U.S. TRUSTEE - LV - 7,
                 300 LAS VEGAS BOULEVARD, SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
10438790       +EDI: AARGON.COM May 12 2018 05:53:00      AARGON AGENCY,    BANKRUPTCY NOTICE,
                 RE RIGHTSIZE FUNDING,    3025 W SAHARA,    LAS VEGAS, NV 89102-6094
10438791       +EDI: ATLASACQU.COM May 12 2018 05:48:00      ATLAS ACQUISTION,    BANKRUPTCY NOTICE,
                 294 UNION ST,    HACKERSACK, NK 07601-4303
10438793       +E-mail/Text: bankruptcy@cavps.com May 12 2018 02:03:14      CALVARY PORTFOLIO,
                 BANKRUPTCY NOTICE,    RE HSBC BANK,    500 SUMMIT LAKE DR,    VALHALIA, NY 10595-1340
10438797       +E-mail/Text: Bk@c2cfsi.com May 12 2018 02:03:03      COAST TO COAST,    BANKRUPTCY NOTICE,
                 RE REPUBLIC SERVICES,    101 HODENCAMP RD,    THOUSANDOAKS, CA 91360-5836
10438798       +EDI: CONVERGENT.COM May 12 2018 05:53:00      CONVERGENT OUTSOURCING,    BANKRUPTCY NOTICE,
                 RE COX COMMUNICATIONS,    PO BOX 9004,    RENTON, WA 98057-9004
10438787       +E-mail/Text: tax-bankruptcy@tax.state.nv.us May 12 2018 02:03:14      DEPT OF TAXATION,
                 BANKRUPTCY NOTICE,    555 E WASHINGTON,    LAS VEGAS, NV 89101-1046
10438801       +E-mail/Text: bknotice@ercbpo.com May 12 2018 02:03:07      ERC,    BANKRUPTCY NOTICE,
                 RE TMOBILE SPRINT,    PO BOX 57547,    JACKSONVILLE, FL 32241-7547
10438802       +EDI: AMINFOFP.COM May 12 2018 05:53:00      FIRST PREMIER,    BANKRUPTCY NOTICE,
                 3820 N OUISE AVE,    SIOUX FALLS, SD 57107-0145
10438788        EDI: IRS.COM May 12 2018 05:53:00      IRS,    BANKRUPTCY NOTICE UNIT,    110 CITY PARKWAY,
                 LAS VEGAS, NV 89106
10438804        EDI: JEFFERSONCAP.COM May 12 2018 05:48:00      JEFFERSON CAPITAL,    RE DRIVETIME,
                 BANKRUPTCY NOTICE,    PO BOX 7999,    ST CLOUD, MN 56302
10438810       +EDI: RECOVERYCORP.COM May 12 2018 05:53:00      RECOVERY MANAGEMENT,    BANKRUPTCY NOTICE,
                 25 SE 2ND AVE STE 1120,    MIAMI, FL 33131-1605
10438784       +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 12 2018 02:02:57     UNITED STATES TRUSTEE,
                 BANKRUPTCY NOTICE,    300 LAS VEGAS BL SO #4300,    LAS VEGAS, NV 89101-5803
10438813       +EDI: WFNNB.COM May 12 2018 05:53:00      VICTORIA SECRET,    BANKRUPTCY NOTICE,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10438794        CASH 1,    BANKRUPTCY NOTICE,    ADDRESS NOT PROVIDED
10438783        CREDITOR LIST 5 2018,    ROSE, TUNISHA,    XXX-XX-2430
10438800        DIRECTV,    BANKRUPTCY NOTICE,    ADDRESS NOT PROVIDED
10438805        MONEY TREE,    BANKRUPTCY NOTICE,    ADDRESS NOT PROVIDED
10438806        MYRENTALS.COM,    BANKRUPTCY NOTICE,    ADDRESS NOT PROVIDED
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0978-2          User: garrettme            Page 2 of 2                  Date Rcvd: May 11, 2018
                              Form ID: 309A              Total Noticed: 31
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
          BRIAN D. SHAPIRO    brian@trusteeshapiro.com,
           assistant@trusteeshapiro.com;cathy@trusteeshapiro.com;nv22@ecfcbis.com
          U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                   TOTAL: 2
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **TUNISHA L ROSE** | Social Security number or ITIN | xxx–xx–2430 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Nevada** | Date case filed for chapter 7 | 5/11/18 |
| Case number: | 18–12752–leb | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | TUNISHA L ROSE | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 221 FREDERICK AVE. LAS VEGAS, NV 89106 | |
| 4. | **Debtor's attorney** Name and address | TUNISHA L ROSE 221 FREDERICK AVE. LAS VEGAS, NV 89106 | Contact phone None Email None |
| 5. | **Bankruptcy trustee** Name and address | BRIAN D. SHAPIRO 510 S. 8TH STREET LAS VEGAS, NV 89101 | Contact phone (702) 386–8600 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| 6. **Bankruptcy clerk's office** | 300 Las Vegas Blvd., South | Office Hours 9:00 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Las Vegas, NV 89101 | Contact phone (702) 527–7000 |
| | | Date: 5/11/18 |

| 7. **Meeting of creditors** | **June 18, 2018 at 09:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |

| 8. **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/17/18** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|